UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 17-128(1) JRT/LIB |
| | ) | |
| v.          Plaintiff, | ) | **ORDER FOR EXTENSION OF TIME** |
| | ) | **TO FILE POSITION PLEADINGS** |
| JARAD ALLEN SPEARS | ) | |
| | ) | |
| Defendant. | ) | |

Clifford B. Wardlaw, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Douglas Olson, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

The Defendant's Motion for Extension of Time is GRANTED.

**IT IS HEREBY ORDERED** that:

Position papers shall be filed by March 23, 2018.

DATED: March 14, 2018               _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                                             Chief Judge
                                                  United States District Court